## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LINDSAY HELD, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>PERFORMANCE LACROSSE GROUP INC., )<br>)<br>Defendant. )<br>)<br>)<br>MATTHEW HEMBERGER, on behalf of himself )<br>and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PERFORMANCE LACROSSE GROUP INC., )<br>)<br>Defendant. )<br>) | Case No. 3:14-cv-01842-WIG<br>(consolidated with Case No.<br> 3:15-cv-00356-WIG)<br><br>NOTICE OF MOTION FOR<br>PRELIMINARY APPROVAL OF<br>PROPOSED SETTLEMENT AND<br><u>DIRECTION OF NOTICE PLAN</u> |

PLEASE TAKE NOTICE that Plaintiffs and Class Representatives Lindsay Held and Matthew Hemberger will move this Court (the Honorable William I. Grafinkel, United States Magistrate Judge for the District of Connecticut), at the United States District Courthouse, located in the Brien McMahon Federal Building, 915 Lafayette Boulevard, Suite 429, Bridgeport, Connecticut 06604, on May 6, 2016 at 1:30 p.m., or as soon thereafter as the parties may be heard, for an Order granting preliminary approval to the proposed class action Settlement set forth in the Class Action Settlement Agreement attached as Exhibit A to the Declaration of Jeffrey I. Carton submitted herewith, and for such other and further relief as the Court deems just and proper.

1

Specifically, Plaintiffs, Mr. Held and Mr. Hemberger, respectfully request that upon consideration of their Motion for Preliminary Approval of Class Action Settlement, the Declaration of Jeffrey I. Carton and exhibits annexed thereto, the Memorandum of Law filed herewith, and all other papers and proceedings in this action, the Court should issue an Order granting relief as follows:

1.  Certifying a class, for settlement purposes, pursuant to Federal Rule of Civil Procedure 23(a) and 23(b)(3) (the "Settlement Class"), defined as:

> Class: All persons throughout the United States who purchased a new Cascade R lacrosse helmet between July 1, 2013 and November 20, 2014, and who did not resell it.
>
> Retrofit Sub-Class: All persons throughout the United States who purchased a new Cascade R lacrosse helmet between July 1, 2013 and November 20, 2014, who did not resell it, and who have registered with PLG and had the retrofit performed by PLG pursuant to the R-M Retrofit Program as of the date of Final Approval of the settlement.
>
> Non-Retrofit Sub-Class: All persons throughout the United States who purchased a new Cascade R lacrosse helmet between July 1, 2013 and November 20, 2014, who did not resell it, and who have not had the retrofit performed by PLG pursuant to the R-M Retrofit Program as of the date of Final Approval of the settlement.
>
> Excluded from the class are: (1) all purchasers of a Cascade R helmet who resold the helmet; (2) all owners of Cascade R helmets purchased or obtained as used; (3) owners of Cascade R helmets obtained as free; (4) the Court and court employees; (5) all individuals or entities claiming to be subrogated to the rights of class members; (6) retailers or re-sellers of Cascade R helmets; (7) employees of PLG and their immediate families; and (8) any individuals with claims for personal injuries allegedly relating to the Cascade R helmets.

2.  Appointing Plaintiffs Lindsay Held and Matthew Hemberger as Class Representatives of the Settlement Class, and appointing Jeffrey I. Carton, Esq. of the law firm Denlea & Carton LLP, Joseph G. Sauder, Esq. of the law firm McCune Wright, LLP, and

Benjamin F. Johns, Esq. of the law firm Chimicles & Tikellis LLP as Class Counsel representing the Settlement Class.

3.  Finding on a preliminary basis that the proposed Settlement, as set forth in the Parties' Settlement Agreement, is fair, reasonable, adequate, and in the best interests of the Settlement Class, and, therefore, granting the Class Representative's motion for preliminary approval of the Settlement.

4.  Approving the form and content of the proposed Long-Form Class Notice and the means for disseminating and publishing such notices to the Settlement Class, on the ground that the Parties' proposal for providing notice to prospective class members is reasonable and is the best practicable notice under the circumstances.

5.  Approving the Parties' proposed schedule for dissemination of the Class Notice, requesting exclusion from the Settlement Class or objecting to the Settlement, submitting papers in connection with Final Approval, and the Final Approval Hearing, as follows:

| | |
|---|---|
| May 6, 2016, at 1:30 p.m. | Hearing on Motion for Preliminary Approval |
| Within 10 days of the Preliminary Approval Order | CAFA notices sent |
| June 17, 2016 | Long-Form Class Notice distributed by email.<br><br>Website brought online. |
| July 8, 2016 | U.S. mailing of notices to Settlement Class Members where e-mail delivery was unsuccessful, if a street address is known. |
| No later than August 18, 2016 | Summary Notice to appear in Lacrosse Magazine and Inside Lacrosse. |
| August 30, 2016 | Submissions in support of award of attorneys' fees and incentive awards. |
| September 16, 2016 | Opt-Out Date: deadline for Settlement Class Members to opt out of Settlement.<br><br>Objection Date: deadline for any Settlement Class Members who do not opt out to object to terms of |

|  | Settlement. |
|---|---|
|  | Deadline for filing of any Notices of Intention to Appear at Fairness Hearing. |
| October 5, 2016 | Claims Administrator to file list of persons, if any, who have submitted valid requests for exclusion. |
|  | Last day for Parties to file submissions in support of Final Approval and/or responses to objections, if any. |
| October 20, 2016, at ___ __.m. | Final Approval Hearing. |

Dated: White Plains, New York
April 22, 2016

                DENLEA & CARTON LLP

       By:  /s/ Jeffrey I. Carton
           Jeffrey I. Carton
           Robert J. Berg
           2 Westchester Park Drive, Suite 410
           White Plains, New York 10604
           Telephone: (914) 331-0100

           Joseph G. Sauder
           McCuneWright, LLP
           1055 Westlakes Drive, Suite 300
           Berwyn, PA 19312
           Telephone: (610) 200-0580

           Benjamin F. Johns
           CHIMICLES & TIKELLIS LLP
           One Haverford Centre
           361 West Lancaster Avenue
           Haverford, PA 19041
           Telephone: (610) 642-8500

           ***Proposed Class Counsel for Plaintiffs and the Settlement Class***