**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| LINDSAY HELD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PERFORMANCE LACROSSE GROUP INC.,<br><br>Defendant.<br><br>MATTHEW HEMBERGER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PERFORMANCE LACROSSE GROUP INC.,<br><br>Defendant. | Case No. 3:14-cv-01842-WIG (consolidated with Case No. 3:15-cv-00356-WIG)<br><br>[PROPOSED] ORDER OF PRELIMINARY APPROVAL OF <u>CLASS ACTION SETTLEMENT</u> |

WHEREAS, Plaintiffs and Class Representatives Lindsay Held and Matthew Hemberger, on behalf of themselves and the plaintiff class, have moved this Court for an Order granting preliminary approval of the parties' settlement of this class action on the terms and conditions set forth in the Class Action Settlement Agreement ("Settlement Agreement") duly entered into by the Parties and their counsel on April 21, 2016;

WHEREAS, Defendant Performance Lacrosse Group Inc. ("PLG") has not opposed the request for relief set forth therein; and

WHEREAS, upon the Motion, the supporting Memorandum of Law, supporting exhibits, and all pleadings and submissions previously filed in this action, the Court finds that preliminary approval of the settlement is warranted;

IT IS HEREBY ORDERED THAT:

1. The Court certifies, pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3), a Settlement Class defined as:

> Class: All persons throughout the United States who purchased a new Cascade R lacrosse helmet between July 1, 2013 and November 20, 2014, and who did not resell it.
>
> Retrofit Sub-Class: All persons throughout the United States who purchased a new Cascade R lacrosse helmet between July 1, 2013 and November 20, 2014, who did not resell it, and who have registered with PLG and had the retrofit performed by PLG pursuant to the R-M Retrofit Program as of the date of Final Approval of the settlement.
>
> Non-Retrofit Sub-Class: All persons throughout the United States who purchased a new Cascade R lacrosse helmet between July 1, 2013 and November 20, 2014, who did not resell it, and who have not had the retrofit performed by PLG pursuant to the R-M Retrofit Program as of the date of Final Approval of the settlement.
>
> Excluded from the class are: (1) all purchasers of a Cascade R helmet who resold the helmet; (2) all owners of Cascade R helmets purchased or obtained as used; (3) owners of Cascade R helmets obtained as free; (4) the Court and court employees; (5) all individuals or entities claiming to be subrogated to the rights of class members; (6) retailers or re-sellers of Cascade R helmets; (7) employees of PLG and their immediate families; and (8) any individuals with claims for personal injuries allegedly relating to the Cascade R helmets.

2. The Court confirms the appointment of Lindsey Held and Matthew Hemberger as Class Representatives of the Settlement Class and Jeffrey I. Carton, Esq. of the law firm Denlea & Carton LLP, Joseph G. Sauder, Esq. of the law firm McCune Wright, LLP, and Benjamin F. Johns, Esq. of the law firm Chimicles & Tikellis LLP as Class Counsel to the Settlement Class.

3. The Court finds that the proposed settlement, as set forth in the Settlement Agreement, appears to be fair, reasonable, adequate, and in the best interests of the Class, and therefore grants Plaintiff's motion for preliminary approval of the proposed settlement.

4. The Court approves the form of the proposed Long-Form Class Notice and approves the Parties' proposal for the manner of notifying the Settlement Class Members of the pendency of the class action and the proposed settlement. The Court finds that the Parties' proposal constitutes the best notice practicable under the circumstances, and complies fully with the notice requirements of due process and Rule 23 of the Federal Rules of Civil Procedure.

5. The Court approves the Parties' proposed schedule for dissemination of the Class Notice, requesting exclusion from the Settlement Class or objecting to the Settlement, submitting papers in connection with Final Approval, and the Final Approval Hearing, as follows:

| | |
|---|---|
| May 6, 2016, at 1:30 p.m. | Hearing on Motion for Preliminary Approval |
| Within 10 days of the Preliminary Approval Order | CAFA notices sent |
| June 17, 2016 | Long-Form Class Notice distributed by email.<br><br>Website brought online. |
| July 8, 2016 | U.S. mailing of notices to Settlement Class Members where e-mail delivery was unsuccessful, if a street address is known. |
| No later than August 18, 2016 | Summary Notice to appear in Lacrosse Magazine and Inside Lacrosse. |
| August 30, 2016 | Submissions in support of award of attorneys' fees and incentive awards. |
| September 16, 2016 | Opt-Out Date: deadline for Settlement Class Members to opt out of Settlement.<br><br>Objection Date: deadline for any Settlement Class Members who do not opt out to object to terms of Settlement.<br><br>Deadline for filing of any Notices of Intention to Appear at Fairness Hearing. |

| | |
|---|---|
| October 5, 2016 | Claims Administrator to file list of persons, if any, who have submitted valid requests for exclusion.<br><br>Last day for Parties to file submissions in support of Final Approval and/or responses to objections, if any. |
| October 20, 2016, at ___ __.m. | Final Approval Hearing. |

IT IS SO ORDERED:

Dated: _____          _____
                                                                    William I. Garfinkel
                                                                    United States Magistrate Judge