**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| LINDSAY HELD, on behalf of himself and all others similarly situated,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>PERFORMANCE LACROSSE GROUP INC.,  )<br><br>Defendant.  )<br><br>MATTHEW HEMBERGER, on behalf of himself and all others similarly situated,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>PERFORMANCE LACROSSE GROUP INC.,  )<br><br>Defendant.  ) | Case No. 3:14-cv-01842-WIG<br>(consolidated with Case No. 3:15-cv-00356-WIG) |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL**
**APPROVAL OF THE CLASS ACTION SETTLEMENT**

**PLEASE TAKE NOTICE** that at the Final Fairness Hearing scheduled for October 19, 2016 at 10:00 AM in Magistrate Courtroom, 4th Floor, Room 435, 915 Lafayette Blvd., Bridgeport, Connecticut, Plaintiffs will move to have the Court grant their unopposed motion seeking entry of an order granting final approval to the Settlement Agreement. A proposed order granting final approval is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs will rely on the Memorandum of Law and other related materials in support of this motion.

**PLEASE TAKE FURTHER NOTICE** that Defendant does not oppose this motion.

1

Dated: October 13, 2016            Respectfully submitted,

By:   */s/ Jeffrey I. Carton*
Jeffrey I. Carton
Roberg J. Berg
DENLEA & CARTON LLP
2 Westchester Park Drive,
Suite 410
White Plains, NY 10604
Telephone: (914) 331-0100
E-mail: jcarton@denleacarton.com

Joseph G. Sauder
McCuneWright, LLP
555 Lancaster Ave.
Berwyn, PA 19312
Telephone: (610) 200-0580
E-mail: jgs@mccunewright.com

Benjamin F. Johns
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
E-mail: bfj@chimicles.com

*Class Counsel for Plaintiffs and the Settlement Class*

## **CERTIFICATE OF SERVICE**

I, Jeffrey I. Carton, certify that I caused the foregoing to be electronically filed in this case on October 13, 2016 using the Court's CM/ECF System, thereby serving it upon all counsel of record in this case.

*/s/ Jeffrey I. Carton*
Jeffrey I. Carton